IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| LOTTIE BAILEY, | **Civil File No. 09-0098-CV-W-SOW** |
| Plaintiff, | |
| vs. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| FOCUS RECEIVABLES MANAGEMENT, LLC, | |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the plaintiff Lottie Bailey, and the defendant, Focus Receivables Management, LLC hereby stipulate to the dismissal of the above-styled case and any claims that were raised or that could have been raised in this action, <u>with prejudice</u>, each side to bear its own costs and attorneys fees.

Respectfully submitted,

Dated: __05/26/09_____        By __/s/ J. Mark Meinhardt_____
J. Mark Meinhardt
4707 College Boulevard, Suite 100
Leawood, KS 66211
(913) 451-9797
(913) 451-6163 (fax)
ATTORNEY FOR PLAINTIFF

Dated: __05/26/09_____        By __/s/ Michael A. Klutho_____
Michael A. Klutho
Bassford Remele, P.A.
33 South Sixth Street, Suite 3800
Minneapolis, MN 55402-3707
(612) 333-3000
(612) 333-8829 (fax)
ATTORNEY FOR DEFENDANT