IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| LOTTIE BAILEY, | ) |
|         Plaintiff, | ) |
| v. | ) Case No.: 09-0098-CV-W-SOW |
| FOCUS RECEIVABLES MANAGEMENT, LLC., | ) |
|         Defendant. | ) |

ORDER

Before the Court is a Stipulation of Dismissal With Prejudice (Doc. #13) filed by both parties. Accordingly, pursuant to the stipulation, it is hereby

ORDERED that the above-captioned case is dismissed with prejudice, each side to bear its own costs and attorneys' fees.

 /s/ Scott O. Wright
SCOTT O. WRIGHT
Senior United States District Judge

DATED: June 9, 2009